PER CURIAM.
Affirmed. DeMarco v. Publix Markets Inc., 384 So.2d 1253 (Fla.1980); Hartley v. Ocean Reef Club, Inc., 476 So.2d 1327 (Fla. 3d DCA 1985); Berrian v. National Railroad Passenger Corp., 429 So.2d 1381 (Fla. 2d DCA 1983); Muller v. Stromberg Carlson Corporation, 427 So.2d 266 (Fla. 2d DCA 1983); Hamlen v. Fairchild Industries, Inc., 413 So.2d 800 (Fla. 1st DCA 1982); Rule 1.130(a), Fla.R.Civ.P.